1  James D. Pacitti (SBN: 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-583-3695
4  jpacitti@consumerlawcenter.com
   Attorneys for Plaintiff,
5  PHILIP ANASTASIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PHILIP ANASTASIA              ) | Case No.: 2:10-cv-02802-PLA |
|     Plaintiff,      ) | |
|                               ) | |
| vs.                           ) | **NOTICE OF SETTLEMENT** |
|                               ) | |
| ALLIANCE ONE, INC.,           ) | |
|                               ) | |
|                               ) | |
|     Defendant.      ) | |

NOW COMES the Plaintiff, PHILIP ANASTASIA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: June 30, 2010          KROHN & MOSS, LTD.


By: /s/ James D. Pacitti           _

James D. Pacitti
Attorney for Plaintiff

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 2 -

1

Notice of Settlement