James D. Pacitti (SBN: 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff,
PHILIP ANASTASIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PHILIP ANASTASIA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALLIANCE ONE, INC.,<br>           Defendant. | Case No.: 2:10-cv-02802-PLA<br><br>VOLUNTARY DISMISSAL |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, PHILIP ANASTASIA, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 29, 2010                              KROHN & MOSS, LTD.


                                                  By:/s/ James D. Pacitti.
                                                         James D. Pacitti
                                                       Attorneys for Plaintiff
                                                         PHILIP ANASTASIA

- 1 -

VOLUNTARY DISMISSAL